FILED

2022 May-24  PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## ALABAMA SJIS CASE DETAIL



**PREPARED FOR: ROB ARNWINE**

County: **68**       Case Number: **CV-2021-900609.00**       Court Action:
Style: **CARLA LYNETTE BANKS V. FREDDY AMADOR BERROA ET AL**

`Real Time`

### Case

#### Case Information

| | | |
|---|---|---|
| County: **68-JEFFERSON - BESSEMER** | Case Number: **CV-2021-900609.00** | Judge: **DJH:DAVID J HOBDY** |
| Style: **CARLA LYNETTE BANKS V. FREDDY AMADOR BERROA ET AL** | | |
| Filed: **12/01/2021** | Case Status: **ACTIVE** | Case Type: **NEGLIGENCE MOTOR VEH** |
| Trial Type: **JURY** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **2** | |

#### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

#### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: **:** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

#### Comments

Comment 1:     **D1 DISMISSED**
Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date of Appeal: | Disposition Type Of Appeal: | |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **05/09/2022** | Updated By: **AND** |

### Parties

### Party 1 - Plaintiff INDIVIDUAL - BANKS CARLA LYNETTE

#### Party Information

| | | | | |
|---|---|---|---|---|
| Party: **C001-Plaintiff** | Name: **BANKS CARLA LYNETTE** | | Type: **I-INDIVIDUAL** |
| Index: **D BERROA FREDD** | Alt Name: | Hardship: **No** | JID: **DJH** |
| Address 1: **C/O MORGAN & MORGAN PLLC** | Phone: **(205) 000-0000** | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | **23** | | | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: | **35203-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | | Issued Type: | | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | | Service Type | | Service On: | Notice of No Answer: |
| Answer: | | Answer Type: | | Notice of No Service: | Served by: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 2 - Defendant INDIVIDUAL - BERROA FREDDY AMADOR

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **BERROA FREDDY AMADOR** | | | Type: | **I-INDIVIDUAL** |
| Index: | **C BANKS CARLA** | Alt Name: | | Hardship: | **No** | JID: | **DJH** |
| Address 1: | **200 WEST SAN SEBASTIAN CT** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | **APT 211** | | | | | | |
| City: | **ALTAMONTE SPRI** | State: | **FL** | Zip: | **32714-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | **D-DISMISSED W/O PREJUDICE/JURIS. OR PROS.** | | | Court Action Date: | **05/04/2022** |
| Amount of Judgement: | **$0.00** | Court Action For: | **O-OTHER** | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **12/01/2021** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | **04/25/2022** | Reissue Type: | **A-PROCESS SERVER** |
| Return: | **01/05/2022** | Return Type: | **C-UNCLAIMED CERT MAIL** | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Notice of No Answer: |
| Answer: | | Answer Type: | | Notice of No Service: | **04/04/2022** | Served by: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant BUSINESS - VSS TRANSPORTATION GROUP, INC.

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D002-Defendant** | Name: | **VSS TRANSPORTATION GROUP, INC.** | Type: | **B-BUSINESS** |
| Index: | **C BANKS CARLA** | Alt Name: | | Hardship: **No** | JID: **DJH** |
| Address 1: | **C/O NATASHA SUSIC** | | | Phone: | **(205) 000-0000** |
| Address 2: | **1325 WEST BELT LINE ROAD** | | | | |
| City: | **CARROLLTON** | State: | **TX** | Zip: **75006-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **12/01/2021** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: **04/25/2022** | Reissue Type: **A-PROCESS SERVER** |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | **04/25/2022** | Service Type | **A-AUTHORIZED SERVICE** | Service On: | Notice of No Answer: |
| | | | | | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: **04/04/2022** | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| **ACTIVE** | N | AOCC | C001 | 000 | $18.32 | $18.32 | $0.00 | $0.00 | 0 |
| **ACTIVE** | N | CONV | C001 | 000 | $0.00 | $19.99 | $0.00 | $0.00 | 0 |
| **ACTIVE** | N | CV06 | C001 | 000 | $309.00 | $309.00 | $0.00 | $0.00 | 0 |
| **ACTIVE** | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| **ACTIVE** | N | SERA | C001 | 000 | $10.00 | $10.00 | $0.00 | $0.00 | 0 |
| **ACTIVE** | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | **Total:** | $482.32 | $502.31 | -$19.99 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/2021 | CREDIT | CONV | 2022060 | 2754430 | $18.94 | C001 | 000 | | N | | | AND |
| 12/22/2021 | RECEIPT | AOCC | 2022060 | 2754420 | $18.32 | C001 | 000 | | N | | | AND |
| 12/22/2021 | RECEIPT | CV05 | 2022060 | 2754440 | $309.00 | C001 | 000 | | N | | | AND |
| 12/22/2021 | RECEIPT | JDMD | 2022060 | 2754450 | $100.00 | C001 | 000 | | N | | | AND |
| 12/22/2021 | RECEIPT | VADM | 2022060 | 2754460 | $45.00 | C001 | 000 | | N | | | AND |
| 04/26/2022 | CREDIT | CONV | 2022148 | 2795250 | $1.05 | C001 | 000 | | N | | | AND |
| 04/26/2022 | RECEIPT | SERA | 2022148 | 2795260 | $10.00 | C001 | 000 | | N | | | AND |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 12/1/2021 | 10:37 AM | ECOMP | COMPLAINT E-FILED. | FIS010 |

| | | | | | |
|---|---|---|---|---|---|
| 12/1/2021 | 10:37 AM | FILE | FILED THIS DATE: 12/01/2021 | (AV01) | AJA |
| 12/1/2021 | 10:37 AM | EORD | E-ORDER FLAG SET TO "Y" | (AV01) | AJA |
| 12/1/2021 | 10:37 AM | ASSJ | ASSIGNED TO JUDGE: DAVID J HOBDY | (AV01) | AJA |
| 12/1/2021 | 10:37 AM | TDMJ | JURY TRIAL REQUESTED | (AV01) | AJA |
| 12/1/2021 | 10:37 AM | SCAN | CASE SCANNED STATUS SET TO: N | (AV01) | AJA |
| 12/1/2021 | 10:37 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE | (AV01) | AJA |
| 12/1/2021 | 10:37 AM | ORIG | ORIGIN: INITIAL FILING | (AV01) | AJA |
| 12/1/2021 | 10:37 AM | C001 | C001 PARTY ADDED: BANKS CARLA LYNETTE | (AV02) | AJA |
| 12/1/2021 | 10:37 AM | C001 | LISTED AS ATTORNEY FOR C001: FISCHER ERBY JOHNSON | | AJA |
| 12/1/2021 | 10:37 AM | C001 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 12/1/2021 | 10:37 AM | C001 | C001 E-ORDER FLAG SET TO "Y" | (AV02) | AJA |
| 12/1/2021 | 10:37 AM | D001 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 12/1/2021 | 10:37 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE | (AV02) | AJA |
| 12/1/2021 | 10:37 AM | D001 | D001 PARTY ADDED: BERROA FREDDY AMADOR | (AV02) | AJA |
| 12/1/2021 | 10:37 AM | D001 | D001 E-ORDER FLAG SET TO "Y" | (AV02) | AJA |
| 12/1/2021 | 10:37 AM | D001 | CERTIFIED MAI ISSUED: 12/01/2021 TO D001 | (AV02) | AJA |
| 12/1/2021 | 10:37 AM | D002 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 12/1/2021 | 10:38 AM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE | (AV02) | AJA |
| 12/1/2021 | 10:38 AM | D002 | CERTIFIED MAI ISSUED: 12/01/2021 TO D002 | (AV02) | AJA |
| 12/1/2021 | 10:38 AM | D002 | D002 PARTY ADDED: VSS TRANSPORTATION GROUP, INC. | | AJA |
| 12/1/2021 | 10:38 AM | D002 | D002 E-ORDER FLAG SET TO "Y" | (AV02) | AJA |
| 12/14/2021 | 6:00 PM | ESCAN | SCAN - FILED 12/14/2021 - RECEIPT | | AND |
| 1/18/2022 | 9:11 PM | D001 | RETURN OF UNCLAIM CERT  ON 01/05/2022 FOR D001 | | AND |
| 1/18/2022 | 9:12 PM | ESERC | SERVICE RETURN | | AND |
| 4/4/2022 | 4:23 PM | JENSN | NO SERVICE NOTICE ISSUED FOR D001, D002 | | J |
| 4/22/2022 | 1:00 PM | EALIA | ALIAS SUMMONS E-FILED | | FIS010 |
| 4/22/2022 | 1:00 PM | ETRAN | ALIAS SUMMONS - SUMMONS | | |
| 4/22/2022 | 1:01 PM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | | |
| 4/22/2022 | 1:01 PM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | | |
| 4/22/2022 | 1:01 PM | D001 | D001 ADDR STATE CHANGED FROM: AL | | AJA |
| 4/22/2022 | 1:01 PM | D001 | REISSUE OF PROCESS SERV ON 04/22/2022 FOR D001 | | AJA |
| 4/22/2022 | 1:01 PM | D002 | REISSUE OF PROCESS SERV ON 04/22/2022 FOR D002 | | AJA |
| 4/25/2022 | 9:29 AM | EALIA | ALIAS SUMMONS E-FILED | | FIS010 |
| 4/25/2022 | 9:30 AM | ETRAN | ALIAS SUMMONS - SUMMONS | | |
| 4/25/2022 | 9:30 AM | D001 | D001 ADDR CITY CHANGED FROM: HOUSTON | (AV02) | AJA |
| 4/25/2022 | 9:30 AM | D001 | D001 ADDR STATE CHANGED FROM: TX | (AV02) | AJA |
| 4/25/2022 | 9:30 AM | D001 | REISSUE OF PROCESS SERV ON 04/25/2022 FOR D001 | | AJA |
| 4/25/2022 | 9:30 AM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | | |
| 4/25/2022 | 9:30 AM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | | |
| 4/25/2022 | 9:49 AM | EALIA | ALIAS SUMMONS E-FILED | | FIS010 |
| 4/25/2022 | 9:49 AM | ETRAN | ALIAS SUMMONS - SUMMONS | | |
| 4/25/2022 | 9:50 AM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | | |
| 4/25/2022 | 9:50 AM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | | |
| 4/25/2022 | 9:50 AM | D002 | REISSUE OF PROCESS SERV ON 04/25/2022 FOR D002 | | AJA |
| 5/3/2022 | 12:35 PM | EMISC | RETURN ON SERVICE - SERVED E-FILED | | FIS010 |
| 5/4/2022 | 9:56 AM | EMOT | C001-PLTFF'S MOTN TO DIS. FILED. | | FIS010 |
| 5/4/2022 | 2:59 PM | EMOT | C001-PLTFF'S MOTN TO DIS. /DOCKETED | | AND |
| 5/5/2022 | 9:24 AM | JEORDE | ORDER GENERATED FOR PLTFF'S MOTN TO DIS. - RENDERED & ENTERED: 5/5/2022 9:24:12 AM - ORDER | | |
| 5/9/2022 | 7:22 PM | D001 | D001 DISPOSED BY (DISM W/O PREJ) ON 05/04/2022 | | AND |
| 5/11/2022 | 9:45 AM | ESERC | SERVICE RETURN | | AND |
| 5/11/2022 | 9:46 AM | D002 | SERVICE OF AUTHORIZED ON 04/25/2022 FOR D002(AV02) | | AND |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 12/1/2021 10:37:25 AM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 12/1/2021 10:37:26 AM | 2 | COMPLAINT | | 12 |
| 12/1/2021 10:37:26 AM | 3 | INTERROGATORIES(R33) | Consolidated Discovery to Berroa | 12 |
| 12/1/2021 10:37:26 AM | 4 | INTERROGATORIES(R33) | Consolidated Discovery to VSS Transportation Group, Inc. | 11 |
| 12/1/2021 10:38:25 AM | 5 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 12/1/2021 10:38:25 AM | 6 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 12/14/2021 6:00:03 PM | 7 | RECEIPT | CMAIL RECEIPT | 1 |
| 1/18/2022 9:12:08 PM | 8 | SERVICE RETURN | SERVICE RETURN | 2 |
| 1/18/2022 9:12:25 PM | 9 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 4/4/2022 4:23:37 PM | 10 | Notice Of No Service | Notice Of No Service | 1 |
| 4/4/2022 4:23:39 PM | 11 | NOTICE OF NO SERVICE - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 4/22/2022 1:00:02 PM | 12 | COPY OF COMPLAINT | Copy of Complaint and Discovery | 37 |
| 4/22/2022 1:00:06 PM | 13 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 4/22/2022 1:00:06 PM | 14 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 4/25/2022 9:29:25 AM | 15 | COPY OF COMPLAINT | Copy of Complaint and initial discovery | 37 |
| 4/25/2022 9:29:32 AM | 16 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 4/25/2022 9:29:32 AM | 17 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 4/25/2022 9:49:23 AM | 18 | COPY OF COMPLAINT | Complaint and initial discovery | 37 |
| 4/25/2022 9:49:26 AM | 19 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 4/25/2022 9:49:26 AM | 20 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 5/3/2022 12:35:28 PM | 21 | RETURN ON SERVICE - SERVED | Notice of Service of VSS Transportation - Served | 2 |
| 5/3/2022 12:35:30 PM | 22 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 5/4/2022 9:56:29 AM | 23 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 5/4/2022 9:56:29 AM | 24 | MOTION | Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant Freddy Amador Berroa | 2 |
| 5/4/2022 9:56:35 AM | 25 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 5/5/2022 9:24:07 AM | 26 | ORDER | MOTION GRANTED - Plaintiff's Motion to Dismiss | 1 |
| 5/5/2022 9:24:11 AM | 27 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 5/11/2022 9:45:53 AM | 28 | SERVICE RETURN | SERVICE RETURN | 2 |
| 5/11/2022 9:46:02 AM | 29 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

 **END OF THE REPORT**