**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
**(205) 278-1700**

**Sharon Harris**
**Clerk**

**October 21, 2022**

**Ms. Lakita Hall-Wright, Clerk of Court**
**JEFFERSON COUNTY BESSEMER COURTHOUSE**
1801 3rd Avenue North #606
**Bessemer, AL 35020**

                                                       **Case Number: 2:22-CV-668-NAD**

**Dear Ms. Hall-Wright:**

      In accordance with the Order of this Court, this case is hereby Remanded to your Court for further litigation.  Enclosed is a copy of the Order of Remand, a copy of the docket entries of the original record on file.

                                                        **Sincerely,**

                                                        **SHARON HARRIS, CLERK**

                                                        **By: Joseph Colvin**
                                                             **Deputy Clerk**

**SNH:JLC**

**Enclosures**

**xc:**    **Counsel**